DISMISS; Opinion issued October 30, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00063-CV

**MARK P. YABLON, Appellant**

**V.**

**CITIBANK (SOUTH DAKOTA), N.A., Appellee**

**On Appeal from the 193RD Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-00328-2011**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers
Opinion By Chief Justice Wright

Appellant's brief is overdue. By order dated July 19, 2012, the Court granted appellant's motion to extend time to file his brief. We ordered appellant to file his brief within twenty-five days of the date of the order. By letter dated August 24, 2012, we notified appellant the time to file his brief had expired, directed appellant to file his brief and an extension motion within ten days, and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

_____
CAROLYN WRIGHT
CHIEF JUSTICE

120063F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARK P. YABLON, Appellant

No. 05-12-00063-CV      V.

CITIBANK (SOUTH DAKOTA) N.A.,
Appellee

Appeal from the 199th Judicial District Court of Collin County, Texas. (Tr.Ct.No. 199-00328-2011).
Opinion delivered by Chief Justice Wright, Justices Francis and Lang-Miers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**. It is **ORDERED** that appellee CitiBank (south Dakota) N.A. recover its costs of this appeal from appellant Mark P. Yablon.

Judgment entered October 30, 2012.

_____
CAROLYN WRIGHT
CHIEF JUSTICE